IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAREN L. DEWEESE,

      Appellant,

v.

ASHTON J. HAYWARD, IN HIS
OFFICIAL CAPACITY AS
MAYOR OF THE CITY OF
PENSACOLA, A FLORIDA
MUNICIPAL CORPORATION,
AND RICHARD BARKER, JR.,
IN HIS OFFICIAL CAPACITY
AS CHIEF FINANCIAL
OFFICER OF THE CITY OF
PENSACOLA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6153

Opinion filed September 19, 2014.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

J. Alistair McKenzie of McKenzie, Hall & De La Piedra, Pensacola, for Appellant.

J. Nixon Daniel, III and Jack W. Lurton of Beggs & Lane, Pensacola, for Appellee.

PER CURIAM.

      AFFIRMED. See Rickman v. Whitehurst, 74 So. 205 (Fla. 1917).

CLARK, WETHERELL, and MAKAR, JJ., CONCUR.